UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

TOM MAGNAFICI,

    Plaintiff,

v.                                                                                                                Case No. 3:21-cv-8

TOWN OF OSCEOLA,

    Defendant.

---

## DEFENDANT TOWN OF OSCEOLA'S
## PARTIAL MOTION TO DISMISS

---

    Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Town of Osceola respectfully moves to dismiss two of the four claims of Plaintiff's Complaint, and for other and further relief as the Court deems just and proper. In support, Defendant submits its Brief in Support of Defendant Town of Osceola's Partial Motion to Dismiss, which is being filed contemporaneously with this Motion.

    Dated this 8th day of January, 2021.

                                                                       By: */s/Jerilyn Jacobs*
                                                                           Jerilyn Jacobs
                                                                           State Bar No. 1058334

7 South Dewey Street, Suite 120                  Attorney for Defendant
Eau Claire, WI 54701
Phone: 715-598-1730
Fax: 715-598-1731
Email: jjacobs@crivellocarlson.com