UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

TOM MAGNAFICI,

    Plaintiff,

v.                                                    Case No. 3:21-cv-8

TOWN OF OSCEOLA,

    Defendant.

**RULE 41(a)(1)(A)(ii) VOLUNTARY DISMISSAL
UPON STIPULATION BY ALL PARTIES**

The parties hereby stipulate to the dismissal of this action with prejudice and without costs to any party, and upon such stipulation, Plaintiff voluntarily dismisses the above-entitled action, requiring no further action by this Court.

Dated this 9th day of July, 2021.        **CRIVELLO CARLSON S.C.**

                                                         By: */s/ Jerilyn Jacobs*
                                                              Jerilyn Jacobs
                                                              State Bar No. 1058334
                                                              7 South Dewey St., Ste. 120
                                                              Eau Claire, WI 54701
                                                              715-598-1730
                                                              jjacobs@crivellocarlson.com
                                                              *Attorneys for Defendant*

Dated this 9th day of July, 2021.        **TREPANIER MACGILLIS BATTINA, P.A.**

                                                         By: */s/ Nicholas N. Sperling*
                                                              Nicholas N. Sperling
                                                              8000 Flour Exchange
                                                              310 Fourth Avenue South

                                                                Minneapolis, MN 55415
                                                                612-455-6241
                                                                nsperling@trepanierlaw.com
                                                                *Attorneys for Plaintiff*

Dated this 9th day of July, 2021.        **MILLER LAW OFFICE, P.A.**

                                                            By:  */s/ Gregory M. Miller*
                                                                     Gregory M. Miller
                                                                     State Bar No. 1067368
                                                                     Miller Law Office, P.A.
                                                                     980 Inwood Avenue North
                                                                     Oakdale, MN 55128
                                                                     651-789-5190
                                                                     greg@gregmillerlawoffice.com
                                                                    *Attorneys for Plaintiff*